**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-2018**

---

BRYANT KEITH YOUNG,

        Plaintiff - Appellant,

    v.

WEST VIRGINIA UNIVERSITY; WEST VIRGINIA UNIVERSITY BOARD OF
GOVERNORS; DR. KATHLEEN O'HEARN RYAN,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Northern District of West Virginia, at
Clarksburg.  Thomas S. Kleeh, Chief District Judge.  (1:23-cv-00029-TSK-MJA)

---

Submitted:  February 27, 2024                Decided:  February 29, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bryant Keith Young, Appellant Pro Se. Seth Patrick Hayes, JACKSON KELLY PLLC,
Morgantown, West Virginia; Shawn Angus Morgan, STEPTOE LLP, Bridgeport, West
Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Keith Young appeals the district court's order dismissing his civil action. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B). The magistrate judge recommended that relief be denied and advised Young that failure to file timely, specific objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017); *Wright v. Collins*, 766 F.2d 841, 846-47 (4th Cir. 1985); *see also Thomas v. Arn*, 474 U.S. 140, 154-55 (1985). Young has waived appellate review by failing to file objections to the magistrate judge's recommendation after receiving proper notice. Accordingly, we affirm the judgment of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2